UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                             Criminal No. 5:08cr13DCB-JCS

DONTELLIUS WHITE

### ORDER FOR EXTENSION OF TIME TO REPORT

CAME ON THIS DAY on an *ore tenus* motion of the Government for Extension of Time to report to a correctional facility pursuant to Rule 32 , and the Court being advised in the premises finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the time specified for reporting to a correctional facility shall be delayed from December 8, 2008, and is hereby extended for an additional 12 days.

SO ORDERED ADJUDGED, this the __5th__ day of December, 2008.

                                          s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE