**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 5:08cr13-DCB-JCS

DONTELLIUS WHITE                                                              DEFENDANT

### ORDER

This cause is before the Court on the request of the Bureau of Prisons for additional time to designate a facility to which the defendant is to self-surrender. The Court, being fully advised in the premises, finds that said request is well-taken and should be granted. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the defendant is to self-surrender to the United States Marshals Service in Jackson, Mississippi on Monday, December 22, 2008.

**SO ORDERED**, this the ___17th___ day of December 2008.

                                         s/ David Bramlette
                                    **UNITED STATES DISTRICT JUDGE**